AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*     DISTRICT OF   NEVADA

ROBERT McGUIRE,

      Petitioner,      JUDGMENT IN A CIVIL CASE

V.

    CASE NUMBER: **3:11-CV-00029-HDM-VPC**

NEVADA DEPARTMENT OF
CORRECTIONS DIRECTOR, et al.,

    Respondents.

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 **X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is DISMISSED with prejudice for failure to state a cognizable habeas corpus claim. FURTHER ORDERED that a certificate of appealability is DENIED.

| April 25, 2011 | **LANCE S. WILSON** |
|---|---|
| | Clerk |
| | /s/ M. Campbell |
| | Deputy Clerk |